HOLGATE ET AL., *Appellants,* v. F. A. P. JONES, *Appellee.*

Division B.

Decision Filed July 13, 1927.

Petition for Rehearing Denied October 3, 1927.

*John M. Murrell,* for Appellants;

*R. F. Burdine* and *Edward E. Fleming,* for Appellee.

PER CURIAM.—This appeal is from a deficiency decree predicated upon a decree foreclosing a purchase money

mortgage. As the foundation decree has been this day reversed, the decree herein in reversed.

ELLIS, C. J., AND WHITFIELD, TERRELL, STRUM, BROWN AND BUFORD, J. J., concur.